**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN SOTO, an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GRAYBAR ELECTRIC COMPANY, INC., a New York corporation; ERNESTO ACOSTA, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-00520-SKO<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE PENDING THE COURT'S RULING ON PLAINTIFF'S MOTION FOR REMAND** |

Having considered the parties' stipulation to vacate Defendant Graybar Electric Company, Inc.'s responsive pleading deadline pending the Court's ruling on Plaintiff John Soto's anticipated motion for remand, and upon good cause shown,

THE COURT ORDERS AS FOLLOWS:

1. The deadline for Defendant to respond to Plaintiff's complaint is STAYED;

2. Plaintiff shall file his motion for remand by May 31, 2024; and

3. Should the Court deny Plaintiff's motion for remand, within 14 days of issuing such an order, Plaintiff may file an amended complaint or, if no amended complaint is filed, Defendant shall have 28 days from the issuance of such order to file a responsive pleading to the original complaint.

IT IS SO ORDERED.

Dated: **May 8, 2024**          /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE