# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SOTO, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRAYBAR ELECTRIC COMPANY, INC., a New York corporation; ERNESTO ACOSTA, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:24-cv-00520-JLT-SKO<br><br>**ORDER CONTINUING DEFENDANT GRAYBAR ELECTRIC COMPANY, INC.'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(Doc. 28)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having considered the parties' stipulation (Doc. 28), and upon good cause shown, the Court hereby GRANTS the stipulation.  Defendant Graybar Electric Company, Inc. shall respond to Plaintiff John Soto's first amended complaint by **March 4, 2026**.

IT IS SO ORDERED.

Dated:    **February 25, 2026**                    /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING DEFENDANT GRAYBAR ELECTRIC COMPANY, INC.'S
DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT